UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JACQUELYN JOAN DUNN,

Defendant-Movant,

v.

UNITED STATES OF AMERICA,

Plaintiff-Respondent.

Case No. 2:26-cv-282

Hon. Hala Y. Jarbou

**ORDER TO FILE ANSWER OR OTHER PLEADING**

The United States Attorney for the Western District of Michigan shall file an Answer or other pleading with respect to Defendant-Movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 by **January 19, 2027**.

The Answer shall comply with the requirements of Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

Thereafter, Defendant-Movant shall have forty (40) days after service of the Answer to file a reply.

**IT IS SO ORDERED**.

Dated: November 17, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE